UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SASSAN MEHRABIAN,

              Petitioner,

  v.

SCOTT RUSSELL,

              Respondent.

Case No. C14-787 RAJ

**ORDER OF DISMISSAL**

The court has reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation, Petitioner's objection to the Report and Recommendation,[1] and Respondent's response to that objection. The court has also considered the remaining record. The court concurs with the Report and Recommedation in its entirety, and this issues the following order.

The court ADOPTS the Report and Recommendation (Dkt. # 12), DENIES Petitioner's objection (Dkt. # 13), DISMISSES this habeas petition with prejudice, and DECLINES to issue a certificate of appealability. The clerk shall enter judgment for Respondent.

DATED this 6th day of January, 2015.

                                                            The Honorable Richard A. Jones
                                                            United States District Court Judge

---

[1] The court notes that although this action was referred to the Honorable Brian A. Tsuchida, United States Magistrate Judge, for preparation of a Report and Recommendation, the Report and Recommendation in this case bears the signature of the Honorable Karen L. Strombom, another of this District's magistrate judges. No party has pointed to this issue, and the court concludes it has no impact on whether the court should adopt the Report and Recommendation.

ORDER OF DISMISSAL- 1